| | |
|---|---|
| ERLAN F. FERIA, | : UNITED STATES DISTRICT COURT |
| Plaintiff, | : DISTRICT OF NEW JERSEY |
| v. | : Civil Action No. 21-7100 (FLW) |
| W.B. MASON CO., INC., | : <u>ORDER</u> |
| Defendant. | : |

**THIS MATTER** having come before the Court for a telephone status conference on February 7, 2022; and counsel having advised the Court of the parties' pending mediation; and good cause appearing for the entry of this Order:

**IT IS on this** 7th **day of February, 2022**

**ORDERED THAT:**

1. This action is hereby stayed pending the parties' mediation and the Clerk is directed to administratively terminate this action from the Court's active docket.

2. The Court will conduct a telephone status conference **on April 4, 2022 at 2:00 pm.** Counsel for Plaintiff is directed to initiate the call to (609) 989-2144.

3. Counsel must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

                                               s/ Douglas E. Arpert
                                               **DOUGLAS E. ARPERT**
                                               **United States Magistrate Judge**